THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLYN MAUGE, Relator, v. WARDEN OF RAYMOND STREET JAIL, BROOKLYN, Respondent.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.